# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:11-mc-49-RJC

|  |  |  |
|---|---|---|
| | ) | |
| **In Re:** | ) | |
| | ) | **ORDER** |
| | ) | |
| **ANTONIO MOBLEY** | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court for summary contempt proceedings pursuant to 18U.S.C. § 401(1) and Fed. R. Crim. P. 42(b).

The Court certifies the following: on March 31, 2011, the Court was proceeding with the sentencing of Silas Mobley, Case No. 3:09cr189. During the pronouncement of the sentence, Antonio Mobley stood in the gallery and loudly slammed the bench in front of him with his fist and left the courtroom– banging the door on the way out. The Court observed all this conduct.

Antonio Mobley's misbehavior obstructed the administration of justice during the sentencing hearing. The Court's attention was distracted from the imposition of the sentence of Silas Mobley, and the dignity of the proceedings was affronted in a substantial way. Summary contempt proceedings were necessary to maintain order in the courtroom.

**IT IS, THEREFORE, ORDERED** that the Antonio Mobley is found in contempt of court and sentenced to time served.

Signed: April 1, 2011

Robert J. Conrad, Jr.
Chief United States District Judge